

# In the Missouri Court of Appeals
## Eastern District

SEPTEMBER 15, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED100934   STATE OF MISSOURI, RES V CEDRIC E. ANDERSON, APP

2. ED101638 JAMES ANDERSON, APP V STATE OF MISSOURI, RES

3. ED101763 WILLIAM BROWN, APP V STATE OF MISSOURI, RES

4. ED101807 STATE OF MISSOURI, RES V STEVEN LEE WILLIAMS, APP

5. ED101855 GERALD EDWARDS, APP V STATE OF MISSOURI, RES

6. ED101863 TERRELL HUGHES, APP V STATE OF MISSOURI, RES

7. ED102085 STATE OF MISSOURI, RES V MITCHEL MURDOCK, APP

8. ED102101 JASMINE MCDANIEL, APP V STATE OF MISSOURI, RES

9. ED102128 STATE OF MISSOURI, RES V RODNEY O. DYSART, APP

10. ED102322 SCOTT TILLIS, APP V CITY OF STL AND SIJ, RES

11. ED102325   LARRY MUELLER, APP V STATE OF MISSOURI, RES